297 F.3d 1106
 Robert BARNETT, Plaintiff-Appellant,
v.
U.S. AIR, INC., Defendant-Appellee.
 No. 96-16669.
 United States Court of Appeals, Ninth Circuit.
 July 31, 2002.
 
 Robert Rychlik, Palm Desert, CA, Richard — Davis, Esq., Surprise, AZ, for Plaintiff-Appellant.
 Marita T. Covarrubias, Esq., McDermott, Will & Emery, Raymond W. Thomas, Esq., Hill, Farrer & Burrill, LLP, Los Angeles, CA, for Defendant-Appellee.
 On Remand from the United States Supreme Court, D.C. No. CV-94-03874-DLJ.
 Before SCHROEDER, Chief Judge, HUG, B. FLETCHER, PREGERSON, O'SCANNLAIN, TROTT, KLEINFELD, TASHIMA, THOMAS, FISHER and GOULD, Circuit Judges.
 
 ORDER
 
 1
 This case is remanded to the district court for further proceedings consistent with U.S. Airways, Inc. v. Barnett, 535 U.S. ___, 122 S.Ct. 1516, 152 L.Ed.2d 589 (2002).